OPINION OF THE COURT
 

 Memorandum.
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [g]), order affirmed, with costs.
 

 
 *885
 
 We do not reach the issue of gross irresponsibility decided by the Appellate Division because we conclude, as a matter of law, that the article was not of and concerning the corporation. The reading public acquainted with the parties and the subject (see
 
 Sydney v Macfadden Newspaper Pub. Corp.,
 
 242 NY 208, 214) could not take the article, which never mentioned the corporation, stated that the individual named was the owner of the store and referred only to
 
 his
 
 gambling activity, as “of and concerning” the corporation, the more particularly because a corporation cannot be arrested.
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg and Meyer concur; Judge Gabrielli taking no part.
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [g]), order affirmed, with costs, in a memorandum.